|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| GARY DWIGHT GORDON, JR., § | |
| § | |
| Petitioner, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:14-CV-263 |
| § | |
| DIRECTOR, TDCJ-CID, § | |
| § | |
| Respondent. § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Gary Dwight Gordon, Jr., an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration in accordance with 28 U.S.C. § 636. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that petitioner's application to proceed *in forma pauperis* be denied and petitioner directed to pay the $5 filing fee.

The court has received the Report and Recommendation, along with the record and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the magistrate judge's report is **ADOPTED**. Petitioner's application to proceed *in forma*

*pauperis* is **DENIED**. Petitioner shall have 30 days from the date set forth below to pay the $5 filing fee.

SIGNED at Beaumont, Texas, this 17th day of February, 2015.

						_____
							MARCIA A. CRONE
						UNITED STATES DISTRICT JUDGE